# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| ERIN WILSON, Individually, and On Behalf of Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MCNAMARA CHIROPRACTIC LLC,<br><br>　　　　Defendant. | Civil Action No.<br><br>2:25-CV-201-RWS |

## ORDER DECLINING ASSIGNMENT

As a senior judge of the Northern District of Georgia, I decline assignment of this case. **IT IS HEREBY ORDERED** that the Clerk of Court reassign this action to the next District Judge on the rotation list for the Gainesville Division.

The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 10th day of July, 2025.

_____
**RICHARD W. STORY**
United States District Judge