# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated,** <br> *Plaintiff* <br> v. <br> **McNamara Chiropractic LLC** <br> *Defendant* | Civil Action No. 2:25-cv-201-SCJ |

## AFFIDAVIT OF SERVICE

I, Akomen Igori, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to McNamara Chiropractic LLC in Forsyth County, GA on July 17, 2025 at 10:14 am at 767 Peachtree Parkway, Cumming, GA 30041 by leaving the following documents with Matt (refused last name) who as Owner is authorized by appointment or by law to receive service of process for McNamara Chiropractic LLC.

Summons in a Civil Action, Class Action Complaint

White Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1429793518,-84.1713221518
Photograph: See Exhibit 1

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Fulton County, GA on 7/18/2025.

/s/ *Akomen Igori*
Signature
Akomen Igori
+1 (404) 578-1719



Exhibit 1a)

