# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. **2:25-cv-00201-SCJ** |
| McNamara Chiropractic LLC, | : : : | |
| Defendant. | | |

## NOTICE OF APPEARANCE

Eric R. Magnus of Jackson Lewis P.C., 171 17th Street, NW, Suite 1200, Atlanta, Georgia, 30363, hereby enters an appearance as lead counsel of record for McNamara Chiropractic, LLC ("Defendant").

This 8th day of August, 2025.

        Respectfully submitted,

        */s/ Eric R. Magnus*
        Eric R. Magnus
        Georgia Bar No. 801405
        JACKSON LEWIS P.C.
        171 17th Street NW, Suite 1200
        Atlanta, GA 30363
        T: (404) 525-8200
        F: (404) 525-1173
        Eric.Magnus@jacksonlewis.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, : : : Plaintiff, : : v. : : McNamara Chiropractic LLC, : : Defendant. | CIVIL ACTION NO. **2:25-cv-00201-SCJ** |

## **CERTIFICATE OF SERVICE**

I certify that, on August 8, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, and served the following via electronic:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
(615) 485-0018
anthony@paronichlaw.com

Valerie Lorraine Chinn
Chinn Law Firm, LLC
245 N. Highland Ave., Suite 230 #7

Atlanta, GA 30307
(404) 955-7732
vchinn@chinnlawfirm.com
*Attorneys for Plaintiff*

*/s/ Eric R. Magnus*
Eric R. Magnus
Georgia Bar No. 801405