# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> McNamara Chiropractic LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> **2:25-cv-00201-SCJ** |

## ORDER

**IT IS HEREBY ORDERED** that Defendant is granted an extension of time in which to answer or otherwise respond in this matter and shall file their first responsive pleading on or before August 31, 2025.

**SO ORDERED.**

Dated: August 11, 2025

_____

STEVE C. JONES
UNITED STATES DISTRICT JUDGE