**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | **2:25-cv-00201-SCJ** |
| | : | |
| McNamara Chiropractic LLC, | : | |
| | : | |
| Defendant. | | |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendant is granted an extension of time in which to answer or otherwise respond in this matter and shall file its first responsive pleading on or before September 14, 2025.

**SO ORDERED.**

Dated:_____          _____