IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MCNAMARA CHIROPRACTIC LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 2:25-cv-00201-SCJ |

ORDER

This matter appears before the Court on Plaintiff's Motion to Extend the Time for Plaintiff to file a Motion for Class Certification. Doc. No. [11].[1] After review, the Motion is **GRANTED**. The Court will set a deadline for the Motion for Class Certification after review of the proposed dates in the Parties' upcoming Joint Proposed Scheduling Order.

IT IS SO ORDERED this __25th__ day of September, 2025.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] No timely response in opposition was filed. Accordingly, this motion is deemed unopposed per LR 7.1(B), NDGa.