IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. : **2:25-cv-00201-SCJ** : |
| McNamara Chiropractic LLC, | : : |
| Defendant. | |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Parties are granted an extension of time in which to file a Joint Preliminary Report and Discovery Plan in this matter and shall file a Joint Preliminary Report and Discovery Plan on or before October 29, 2025.

**SO ORDERED.**

Dated:_____          _____