UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Erin Wilson, *individually and on behalf of others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>McNamara Chiropractic LLC<br><br>        Defendant. | Civil Action No.: 25-cv-00201<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**

Plaintiff Erin Wilson, by and through undersigned counsel, submits this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 of the Northern District of Georgia.

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    - Plaintiff: Erin Wilson (individual, Atlanta, GA)
    - Defendant: McNamara Chiropractic LLC (a Georgia limited liability company)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations that have a financial interest in, or other interest which could be substantially affected by, the outcome of this particular case:

    - Plaintiff's counsel:
        - Anthony I. Paronich, Paronich Law, P.C.
        - Valerie Chinn

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

    - For Plaintiff: Anthony I. Paronich; Valerie Chinn
    - For Defendant: To be identified by Defendant's counsel of record

Respectfully submitted in this 16th day of October, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

2