**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ERIN WILSON, *individually and on*     :
*behalf of others similarly situated*,     :
                                        :
                                        :
     Plaintiff,                         :
                                        :          CIVIL ACTION NO.
v.                                      :          **2:25-cv-00201-SCJ**
                                        :
McNamara Chiropractic LLC,              :
                                        :
     Defendant.

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the Parties are granted an extension of time in which to file a Joint Preliminary Report and Discovery Plan in this matter and shall file a Joint Preliminary Report and Discovery Plan on or before October 29, 2025.

**SO ORDERED** this 16th day of October, 2025.

_____
STEVE C. JONES
UNITED STATES
DISTRICT JUDGE