## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. **2:25-cv-00201-SCJ** |
| McNamara Chiropractic LLC, : : | |
| Defendant. : | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, McNamara Chiropractic LLC ("Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, hereby files its Certificate of Interested Persons and Corporate Disclosure statement, stating as follows:

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

  a. Plaintiff Erin Wilson; and

  b. McNamara Chiropractic LLC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None other than the parties identified above, their counsel, and counsel's respective law firms listed below.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. Counsel for Plaintiff:

Anthony I. Paronich (admitted *pro hac vice*)
**Paronich Law, P.C.**
Suite 2400 350 Lincoln St.
Hingham, MA 02043

Valerie Lorraine Chinn
**Chinn Law Firm, LLC**
245 N. Highland Ave. Suite 230 #7
Atlanta, GA 30307

b. Counsel for Defendant:

**JACKSON LEWIS P.C.**

Jason C. Gavejian (admitted *pro hac vice*)
200 Connell Drive
Berkley Heights, NJ 07922

Shannon Nakabayashi (admitted *pro hac vice*)
50 California Street
San Francisco, CA 94111

Eric R. Magnus
171 17th St NW, Ste 1200
Atlanta, GA 30363

Respectfully submitted this 21st day of October 2025.

**JACKSON LEWIS P.C.**

*/s/ Eric R. Magnus*
Eric R. Magnus
Georgia Bar No. 801405
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone:  (404) 525-8200
Facsimile:  (404) 525-1173

## **CERTIFICATION**

In accordance with LR 5.1C, N.D. Ga., I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Eric R. Magnus*
Eric R. Magnus
Georgia Bar No. 801405

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, | : : : | |
| Plaintiff, | : : | |
| v. | : : : | CIVIL ACTION NO.<br>**2:25-cv-00201-SCJ** |
| McNamara Chiropractic LLC, | : : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on October 21, 2025, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
(615) 485-0018
anthony@paronichlaw.com

Valerie Lorraine Chinn
Chinn Law Firm, LLC
245 N. Highland Ave., Suite 230 #7

Atlanta, GA 30307
(404) 955-7732
vchinn@chinnlawfirm.com
*Attorneys for Plaintiff*

                */s/ Eric R. Magnus*
                Eric R. Magnus
                Georgia Bar No. 801405