# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated*, : : : | |
| Plaintiff, : : | CIVIL ACTION NO. |
| v. : : | **2:25-cv-00201-SCJ** |
| McNamara Chiropractic LLC, : : | |
| Defendant. | |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Parties are granted an extension of time in which to file a Joint Preliminary Report and Discovery Plan in this matter and shall file a Joint Preliminary Report and Discovery Plan on or before November 12, 2025.

**SO ORDERED.**

Dated:_____                    _____