## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Erin Wilson, *individually and on behalf of others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>McNamara Chiropractic LLC<br><br>        Defendant. | Civil Action No.: 25-cv-00201 |

## **NOTICE OF SETTLEMENT**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

                                                       */s/ Anthony I. Paronich*
                                                     Anthony I. Paronich
                                                     Paronich Law, P.C.
                                                     350 Lincoln Street, Suite 2400
                                                     Hingham, MA 02043
                                                     Tel: (617) 485-0018
                                                     anthony@paronichlaw.com

                                                     *Counsel for Plaintiff*