IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>McNAMARA CHIROPRACTIC LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 2:25-CV-0201-SCJ |

## <u>O R D E R</u>

Counsel for Plaintiff having filed Notice [Doc. 24] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 29th day of October, 2025.

_/s/ Steve C. Jones_
STEVE C. JONES
UNITED STATES DISTRICT JUDGE